LAW OFFICES
# FREDRIC M. GOLD PC
A PROFESSIONAL CORPORATION

FREDRIC M. GOLD

LAURIE HOCKMAN
LEGAL ASSISTANT

450 SEVENTH AVE., SUITE 705
NEW YORK, NEW YORK 10123
212.244.2740
FAX 212.244.2258

www.myrailroadlawyer.net
fredricmgold@verizon.net

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/10/2024

**APPLICATION GRANTED:** The Initial Conference set for 6/12/2024 at 2:00 PM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is herby rescheduled to <u>Wednesday, June 26, 2024</u> at 2:45 p.m.

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.
06/10/2024

<u>Via ECF</u>

June 10, 2024

Hon. Katherine H. Parker, USMJ
Daniel Patrick Moynihan Courthouse
United States District Court
500 Pearl Street
New York, NY 10007

    Re:    Micheal v. USPS and James Cantalupo
                <u>USDC-SDNY 24 cv 0098 (KHP)</u>

Dear Judge Parker:

As the Court's docket indicates, this matter has been scheduled for an Initial Scheduling Conference for this Wednesday, June 12 at 2:00 pm. As I will be out of the country attending my son's wedding, I am respectfully requesting that the conference be adjourned to a later date towards the end of June, at the convenience of the Court..

There have been no previous requests for adjournments and the defendant's counsel has consented to this request.

Respectfully submitted,

Fredric M. Gold

FMG/lh

cc:    Mary Ellen Brennan
       Assistant United States Attorney
       United States Attorney's Office
       Southern District of New York
       86 Chambers Street, 3rd Floor
       New York, NY 10007