```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/27/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MAASHO MICHAEL GEBRA MICHAEL
f/k/a MAASHA ASGODOM,

                              Plaintiff,                          **24-CV-98 (KHP)**

          -against-                                    **POST-CONFERENCE ORDER**

UNITED STATES OF AMERICA,

                              Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      As discussed at the Case Management Conference on January 27, 2025, the fact discovery deadline is hereby extended to **February 28, 2025**. The parties shall file a joint status letter by **February 28, 2025**, informing the Court of the status of discovery.

**SO ORDERED.**

DATED:      New York, New York
                January 27, 2025

                                                                _____
                                                                KATHARINE H. PARKER
                                                                 United States Magistrate Judge