**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

MAASHO MICHAEL GEBRA MICHAEL
f/k/a MAASHA ASGODOM,

                                Plaintiff,

                 -against-

UNITED STATES OF AMERICA,

                            Defendant.
-----------------------------------------------------------------X

**24-CV-98 (KHP)**

**ORDER REGARDING SETTLEMENT REFERRAL**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The Honorable Sarah Netburn will preside over the settlement conference in this matter. The parties are directed to contact Judge Netburn's Deputy at her chambers phone number to schedule a settlement conference.

**SO ORDERED.**

DATED:     New York, New York
           January 28, 2025

                                           _Katharine H Parker_
                                    _____
                                    KATHARINE H. PARKER
                                    United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _1/28/2025_