UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MAASHO MICHEAL GEBRA MICHEAL,

                    Plaintiff,

      -against-

UNITED STATES OF AMERICA.

                   Defendant.
------------------------------------------------------------X

24-CV-00098 (KHP)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

    On January 28, 2025, the Honorable Katharine H. Parker assigned this matter to my docket for settlement. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. As soon as practicable, the parties are directed to contact Courtroom Deputy Diljah Shaw with both parties on the e-mail, at diljah_shaw@nysd.uscourts.gov, to schedule a settlement conference for a time when they believe it would be productive.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    January 28, 2025
                New York, New York